

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-25-00317-CV

———————————————————

S&B LTD AND PARTY DOING BUSINESS AS VILLAGE ON POST OAK
APARTMENTS, Appellants

V.

SONJI PATMON, Appellee

On Appeal from the 236th District Court
Tarrant County, Texas
Trial Court No. 236-264574-13

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered Appellants' "Unopposed Motion to Voluntarily Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: August 14, 2025